OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 10, 2006

Arleigh P. Helfer, Esq.
HOYLE FICKLER HERSCHEL & MATHES, LLP
One S. Broad St., Suite 1500
Philadelphia, PA 19107

    RE:    <u>Hartford Fire Insurance Company et al. v. Interdigital Communications Corp., et al.</u>
            Civil Action No.: 06cv422

Dear Counsel:

The above referenced action was filed in this district on 7/7/06.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted <u>pro hac vice</u> in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance on or before 8/9/06.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: <u>/s/ Monica Mosley</u>
Deputy Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 10, 2006

Bess M. Collier, Esq.
HOYLE FICKLER HERSCHEL & MATHES, LLP
One S. Broad St., Suite 1500
Philadelphia, PA 19107

    RE:    Hartford Fire Insurance Company et al. v. Interdigital Communications Corp., et al.
            Civil Action No.: 06cv422

Dear Counsel:

The above referenced action was filed in this district on 7/7/06.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance on or before 8/9/06.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: /s/ Monica Mosley
Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 10, 2006

Stephen J. Mathes, Esq.
HOYLE FICKLER HERSCHEL & MATHES, LLP
One S. Broad St., Suite 1500
Philadelphia, PA 19107

    RE:    Hartford Fire Insurance Company et al. v. Interdigital Communications Corp., et al.
           Civil Action No.: 06cv422

Dear Counsel:

The above referenced action was filed in this district on 7/7/06.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance on or before 8/9/06.

                Sincerely,

                Peter T. Dalleo
                Clerk of Court

                By: /s/ Monica Mosley
                Deputy Clerk