

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

July 12, 2006

The Honorable Sue L. Robinson
Chief Judge, United States District Court
for the District of Delaware
844 N. King Street, Room 6124
Lockbox 31
Wilmington, DE 19801

      RE:    *Hartford Fire Insurance Co., et al. v. Interdigital Communications Corp., et al., C. A. No. 06-422*

Dear Chief Judge Robinson:

    We and the Hoyle Law Firm represent the defendants, InterDigital Communications Corp. and InterDigital Technology Corp. (collectively, "InterDigital"), in the above-captioned action, which was very recently transferred from the Eastern District of Pennsylvania to the District of Delaware.

    This matter is a declaratory judgment action brought by InterDigital's insurers concerning insurance coverage regarding a case pending in this Court before Judge Farnan, *Nokia Corp., et al. v. InterDigital Communications Corp., et al.,* C. A. No. 05-16-JJF.

    Because this case was transferred, the parties were not required to file a Civil Cover Sheet when the case file came to Wilmington. As a result, there was never an opportunity here to list this case as a related case, pursuant to L.R. 3.1(b), to the underlying case before Judge Farnan. At this time, we submit that this case should be considered a related case, and therefore should be assigned to Judge Farnan. The basis for the motion to transfer from the Eastern District of Pennsylvania to this Court was to avoid the possibility of inconsistent rulings on legal standards that will apply in both the underlying case, which involves a Lanham Act claim, and the insurance coverage case, which in part raises the question whether there is a covered claim in light of the Lanham Act standards. Plaintiffs' counsel did not oppose or object to the motion to transfer.

    Additionally, it will serve the interests of judicial economy and will conserve the resources of the parties if the same judge presides over the underlying case and this insurance coverage case. Decisions concerning discovery issues, including confidentiality of sensitive materials, will be more efficient and consistent if they are made by the same judge.

The Honorable Sue L. Robinson
July 12, 2006
Page 2


       Thus, we respectfully request that the above captioned case be assigned to Judge Farnan for the purposes of avoiding inconsistent rulings on overlapping legal issues in the two cases and conserving the resources of both the Court and the parties.

                                                 Respectfully,

                                                 */s/ Richard L. Horwitz*

                                                 Richard L. Horwitz

/msb
740762

cc:     Clerk of the Court (via hand delivery)
          Gale White, Esquire (via electronic mail)
          Anthony Miscioscia, Esquire (via electronic mail)
          Stephen J. Mathes, Esquire (via electronic mail)