# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>     v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>          Defendants. | C.A. NO. 06-cv-422-JJF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of James S. Yoder, Esquire on behalf of plaintiffs Hartford Fire Insurance Company and Hartford Casualty Insurance Company in the above-referenced proceeding.

WHITE AND WILLIAMS LLP

/s/ James S. Yoder
James S. Yoder (No. 2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4524 (telephone)
(302) 467-4554 (facsimile)
yoderj@whiteandwilliams.com

*Attorney(s) for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>                     Plaintiffs,<br><br>     v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>                     Defendants. | C.A. NO. 06-cv-422-JJF<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, hereby certify that I am not less than 18 years old, and that I caused service of a **Notice of Appearance** on behalf of plaintiffs on July 20, 2006 to the parties listed below via electronic filing and/or regular U.S. First Class Mail, postage prepaid.

Stephen J. Mathes, Esquire  
Bess Madway Collier, Esquire  
Arleigh P. Helfer, Esquire  
Hoyle, Fickler, Herschel & Mathes LLP  
One South Broad Street  
Suite 1500  
Philadelphia, PA 19107  

Under penalty of perjury, I declare that the foregoing is true and accurate.

Dated: July 20, 2006

                                                James S. Yoder (#2643)