## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY, | |
| Plaintiffs, | C.A. NO. 06-cv-422-JJF |
| v. | JURY TRIAL DEMANDED |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION, | |
| Defendants. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gale White to represent Hartford Fire Insurance Company and Hartford Casualty Insurance Company in this matter.

Signed:  */s/ James S. Yoder*

James S. Yoder, Esquire (Bar I.D. No. 2643)
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
302-654-0424

Attorney for:  Hartford Fire Insurance Company and Hartford Casualty Insurance Company

Date:  July 21, 2006

### ORDER GRANTING MOTION

IT IS HERBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to ☐ to the Clerk's Office upon the filing of this motion.

Signed:  _____
Gale White, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103

Date:    July 20, 2006

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>                      Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>                      Defendants. | C.A. NO.  06-cv-422-JJF<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, hereby certify that I am not less than 18 years old, and that I caused service of a Motion and Order for Admission Pro Hac Vice of Gale White, Esquire on behalf of plaintiffs on July 21, 2006 to the parties listed below in the manner so indicated.

**Via First Class Mail:**

Stephen J. Mathes, Esquire
Bess Madway Collier, Esquire
Arleigh P. Helfer, Esquire
Hoyle, Fickler, Herschel & Mathes LLP
One South Broad Street
Suite 1500
Philadelphia, PA 19107

Under penalty of perjury, I declare that the foregoing is true and accurate.

Dated:  July 21, 2006

                                                            James S. Yoder (#2643)