IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HARTFORD FIRE INSURANCE         :
COMPANY and HARTFORD CASUALTY   :
INSURANCE COMPANY,              :
                                :
        Plaintiffs,              :
                                :
    v.                          :    Civil Action No. 06-422
                                :
INTERDIGITAL COMMUNICATIONS     :
CORPORATION and INTERDIGITAL    :
TECHNOLOGY CORPORATION,         :
                                :
        Defendants.              :

O R D E R

At Wilmington, this 14 day of December 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion Of Defendants InterDigital Communications Corporation And InterDigital Technology Corporation To Dismiss Count Two Of The Complaint (D.I. 10) is **GRANTED**.

2. Count Two of the Complaint is **DISMISSED** without prejudice to its refiling following the conclusion of the underlying litigation in the Nokia action.

3. **Within twenty (20) days** of the date of this Order the parties shall submit a joint, proposed Scheduling Order for the Court's consideration. If the parties are unable to reach agreement, they shall outline their disputes in the joint, proposed Scheduling Order.

_____
UNITED STATES DISTRICT JUDGE