IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-422-JJF |
| v. | ) ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATED AGREEMENT TO ENLARGE TIME
FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiffs Hartford Fire Insurance Co. and Hartford Casualty Co. and defendants InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"), through their undersigned counsel, hereby agree and stipulate that InterDigital shall have until the close of business on January 17, 2007, to file a responsive pleading to the remaining counts of the plaintiffs' Complaint.

No prior extensions of time to file a responsive pleading have been granted.

                                                          Respectfully submitted,

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ James S. Yoder*<br>James S. Yoder (#2643)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>yoderj@whiteandwilliams.com<br>(302) 654-0424 | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>(302) 984-6000 |
| OF COUNSEL:<br><br>Gale White<br>Anthony L. Miscioscia<br>WHITE AND WILLIAMS LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-7000<br><br>*Attorneys for Plaintiffs* | OF COUNSEL:<br><br>Stephen J. Mathes<br>Arleigh P. Helfer III<br>HOYLE, FICKLER, HERSCHEL & MATHES LLP<br>One South Broad Street - Suite 1500<br>Philadelphia, PA 19107<br>(215) 981-5710<br><br>*Attorneys for Defendants* |

It is SO ORDERED this _____ day of _____, 2006.

_____
                                                              J.

768523 / 30373