UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>        Defendants. | C.A. No. 06-CV-422-UNA<br><br>JURY TRIAL DEMANDED |

## PROPOSED RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures**. The parties will exchange by **January 31, 2007**, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Joinder of other Parties.** All motions to join other parties shall be filed on or before **January 31, 2007**.

3.  **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

    4.    **Discovery.**

    (a)    Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **June 29, 2007**.

    (b)    Maximum of fifty (50) interrogatories by each party to any other party.

    (c)    Maximum of fifty (50) requests for admission by each party to any other party.

    (d)    Maximum of five (5) depositions by plaintiff and five (5) by defendant, <u>not</u> including expert depositions. Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

    (e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiffs by **October 15, 2007**, and from the defendants by **November 15, 2007**.

    (f)    Any party desiring to depose an expert witness shall notice and complete said deposition as follows: deposition(s) of plaintiffs' expert(s) by **November 15, 2007** and deposition(s) of defendants' expert(s) by **December 15, 2007**, unless otherwise agreed in writing by the parties.

    (g)    The parties may raise with the Court at a later date, should the need arise, the timing of rebuttal expert reports and rebuttal expert depositions.

    5.    **Discovery Disputes.**

    (a)    A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the

Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    (b)    All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

    (c)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at *jjf_civil@ded.uscourts.gov* that the parties have completed briefing.

    (d)    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e)    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

    6.    **Amendment on the Pleadings.**  All motions to amend the pleadings shall be filed on or before **March 30, 2007**.

    7.    **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief within ten (10) days of **January 15, 2008**.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

    8.    **Applications by Motion.**

    (a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court

for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b)    No facsimile transmissions will be accepted.

        (c)    No telephone calls shall be made to Chambers.

        (d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: *jjf_civil@ded.uscourts.gov*. The e-mail shall provide a short statement describing the emergency.

    9.    **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

        Respectfully submitted,

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James S. Yoder | By: /s/ Richard L. Horwitz |
| James S. Yoder (#2643) | Richard L. Horwitz (#2246) |
| 824 N. Market Street, Suite 902 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 North Market Street |
| yoderj@whiteandwilliams.com | Wilmington, DE 19801 |
| (302) 654-0424 | rhorwitz@potteranderson.com |
| | (302) 984-6000 |

-5-

OF COUNSEL:

Gale White
Anthony L. Miscioscia
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000

*Attorneys for Plaintiffs*

OF COUNSEL:

Stephen J. Mathes
Arleigh P. Helfer III
HOYLE, FICKLER, HERSCHEL &
    MATHES LLP
One South Broad Street - Suite 1500
Philadelphia, PA 19107
(215) 981-5710

*Attorneys for Defendants*

    It is SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE