

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

January 17, 2007

**By Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

    Re:    *Hartford Fire Insurance Company and Hartford Casualty Insurance Company v. InterDigital Communications Corporation and InterDigital Technology Corporation*
C. A. No. 06-422 JJF

Dear Judge Farnan:

    Enclosed for the Court's consideration is a revised proposed scheduling order for the above-referenced action. Please consider this submission a replacement for the proposed scheduling order submitted on January 3, 2007.

    As Your Honor is aware, this matter is an insurance coverage dispute relating to the underlying action, *Nokia Corp., et al. v. InterDigital Communications Corp., et al.*, C. A. No. 05-16-JJF ("*Nokia*"), in this District. Recently, the plaintiffs in *Nokia* filed a motion to amend their complaint against InterDigital. That motion is pending, and the allegations therein may affect the coverage analysis and pleadings in this litigation. As such, the parties to this coverage dispute have agreed to provide InterDigital an additional 30 days to respond to the remaining allegations in the Complaint. *See* Stipulated Agreement (also enclosed). In addition, in an effort to conserve the resources of the Court, the parties in this litigation respectfully submit the enclosed proposed schedule, which extends by thirty days the current deadlines, including those contained within the parties' previously submitted proposed schedule.

The Honorable Joseph J. Farnan, Jr.
January 17, 2007
Page 2

        As always, counsel are available at the Court's convenience if Your Honor has any questions.

                Respectfully submitted,

                */s/ Richard L. Horwitz*

                Richard L. Horwitz

RLH:jam
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via e-filing and electronic mail)

Enclosures

772999/30373