IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | : : : |
| Plaintiffs, | : C.A. No. 06-422-JJF : : JURY TRIAL DEMANDED |
| v. | : : |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | : : : |
| Defendants. | : : |

**STIPULATED AGREEMENT TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND TO EXTEND PROPOSED DEADLINES**

Plaintiffs Hartford Fire Insurance Co. and Harford Casualty Co. (collectively "Hartford") and defendants InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"), through their undersigned counsel, hereby agree and stipulate, subject to the approval of the Court, as follows:

WHEREAS, this matter involves an insurance coverage dispute about whether Hartford has a duty to provide its insured, InterDigital, a defense in *Nokia Corp., et al. v. InterDigital Communications Corp., et al.*, United States District Court for the District of Delaware, C. A. No. 05-16-JJF ("*Nokia*");

WHEREAS, InterDigital's deadline to respond to the complaint in this matter is January 17, 2007, which reflects a prior extension of time of approximately three weeks;

WHEREAS, the parties jointly submitted a proposed scheduling order on January 3, 2007;

WHEREAS, the Court has not yet entered a scheduling order in this matter;

WHEREAS, on January 9, 2007, the plaintiffs in *Nokia* filed a motion to amend their complaint against InterDigital;

WHEREAS, the plaintiffs' motion to amend in *Nokia* is pending;

WHEREAS, the allegations of the proposed amended complaint may affect the coverage analysis and the pleadings in this matter if the proposed amended complaint is accepted by the Court for filing;

WHEREAS, the parties agree that it would conserve the resources of the Court and the parties to provide a thirty day extension of the current deadlines, including those in the proposed scheduling order submitted to but not yet adopted by the Court, to allow the parties an opportunity to consider the potential impact, if any, of the proposed amended complaint on this action;

THEREFORE, Hartford and InterDigital agree that InterDigital's deadline to respond to the complaint in this matter is extended to February 16, 2007. Hartford and InterDigital further agree that all of the deadlines in their proposed scheduling order should be extended thirty days, as reflected in the revised proposed scheduling order accompanying this stipulation.

Respectfully submitted,

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James S. Yoder<br>James S. Yoder (#2643)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>yoderj@whiteandwilliams.com<br>(302) 654-0424 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>(302) 984-6000 |
| OF COUNSEL:<br><br>Gale White<br>Anthony L. Miscioscia<br>WHITE AND WILLIAMS LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-7000<br><br>*Attorneys for Plaintiffs* | OF COUNSEL:<br><br>Stephen J. Mathes<br>Arleigh P. Helfer III<br>HOYLE, FICKLER, HERSCHEL &<br>   MATHES LLP<br>One South Broad Street - Suite 1500<br>Philadelphia, PA 19107<br>(215) 981-5710<br><br>*Attorneys for Defendants* |

It is SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

772971