IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERDIGITAL COMMUNICATIONS CORPORATION, et al., )<br>)<br>Defendants. ) | C. A. No. 06-422-JJF |

**STIPULATED AGREEMENT TO ENLARGE TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING**

Plaintiffs Hartford Fire Insurance Co. and Hartford Casualty Co. (collectively "Hartford") and defendants InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"), through their undersigned counsel, hereby agree and stipulate, subject to the approval of the Court, as follows:

WHEREAS, this matter involves an insurance coverage dispute about whether Hartford has a duty to provide its insured, InterDigital, a defense in *Nokia Corp., et al. v. InterDigital Communications Corp., et al.*, United States District Court for the District of Delaware, C. A. No. 05-16-JJF ("*Nokia*");

WHEREAS, InterDigital's deadline to respond to the complaint in this matter is February 16, 2007, which reflects two prior extensions of time of approximately one month and three weeks total;

WHEREAS, on January 9, 2007, the plaintiffs in *Nokia* filed a motion to amend their complaint against InterDigital;

WHEREAS, the Court granted plaintiffs' motion to amend the complaint in *Nokia* on February 6, 2007;

WHEREAS, InterDigital tendered the amended *Nokia* complaint to Hartford and requested coverage of the claims therein;

WHEREAS, Hartford is currently engaged in the process of responding to InterDigital's tender of the amended *Nokia* complaint;

WHEREAS, the outcome of Hartford's coverage analysis will affect the issues and pleadings in this matter; and

WHEREAS, the parties agree that it would conserve the resources of the Court and the parties to provide a forty-five day extension of InterDigital's deadline to respond to the complaint in this matter to allow Hartford to complete its coverage analysis of the claims in the amended *Nokia* complaint and to give the parties an opportunity to consider the potential effect, if any, of the amended complaint on the issues in this case.

THEREFORE, Hartford and InterDigital agree and stipulate that InterDigital's deadline to respond to the complaint in this matter is extended to April 2, 2007.

Respectfully submitted,

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *James S. Yoder*<br>James S. Yoder (#2643)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>(302) 654-0424<br>yoderj@whiteandwilliams.com | By: /s/ *Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>Jennifer C. Wasson (#4933)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>jwasson@potteranderson.com |

2

OF COUNSEL:

Gale White
Anthony L. Miscioscia
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000

*Attorneys for Plaintiffs*

OF COUNSEL:

Stephen J. Mathes
Arleigh P. Helfer III
HOYLE, FICKLER, HERSCHEL &
  MATHES LLP
One South Broad Street – Suite 1500
Philadelphia, PA 19107
(215) 981-5710

*Attorneys for Defendants*

It is SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

778274 / 30373