IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-422-JJF |
| v. | ) ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO ENLARGE TIME FOR
DEFENDANTS TO FILE RESPONSIVE PLEADING**

Plaintiffs Hartford Fire Insurance Co. and Hartford Casualty Co. (collectively "Hartford") and defendants InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"), through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, this matter involves an insurance coverage dispute about whether, *inter alia*, Hartford has a duty to provide its insured, InterDigital, a defense in *Nokia Corp., et al. v. InterDigital Communications Corp., et al.*, United States District Court for the District of Delaware, C. A. No. 05-16-JJF ("*Nokia*");

WHEREAS, after prior stipulated extensions of time, InterDigital's deadline to respond to the complaint in this matter is April 2, 2007;

WHEREAS, on January 9, 2007, the plaintiffs in *Nokia* filed a motion to amend their complaint against InterDigital;

WHEREAS, the Court granted plaintiffs' motion to amend the complaint in *Nokia* on February 6, 2007;

WHEREAS, InterDigital tendered the amended *Nokia* complaint to Hartford and requested coverage of the claims therein;

WHEREAS, InterDigital's answer is due on April 2, 2007, and Hartford transmitted its denial of coverage for claims raised in the amended complaint to InterDigital's counsel on March 27, 2007, three business days before the April 2nd filing date;

WHEREAS, the parties are discussing the most efficient procedure to raise the issues implicated by the *Nokia* amended complaint and the March 27, 2007 denial of coverage (*i.e.*, whether by counterclaim by InterDigital or by amendment to Hartford's declaratory judgment complaint); and

WHEREAS, the parties agree that it would conserve the resources of the Court and the parties to provide a thirty-day extension of InterDigital's deadline to respond to the complaint in this matter to allow the parties to discuss the procedure through which the parties will address the issues raised by the *Nokia* amended complaint and the March 27, 2007 denial of coverage.

THEREFORE, Hartford and InterDigital agree and stipulate, subject to the approval of the Court, that InterDigital's deadline to respond to the complaint in this matter is extended to May 2, 2007.

Respectfully submitted,

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *James S. Yoder*<br>James S. Yoder (#2643)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>(302) 654-0424<br>yoderj@whiteandwilliams.com | By: /s/ *Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>Jennifer C. Wasson (#4933)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>jwasson@potteranderson.com |

OF COUNSEL:

Gale White
Anthony L. Miscioscia
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000

*Attorneys for Plaintiffs*

OF COUNSEL:

Stephen J. Mathes
Arleigh P. Helfer III
HOYLE, FICKLER, HERSCHEL &
   MATHES LLP
One South Broad Street – Suite 1500
Philadelphia, PA 19107
(215) 981-5710

*Attorneys for Defendants*

It is SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

778274 / 30373