IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-422-JJF |
| v. | ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants, hereby certifies that copies of the following documents were caused to be served on July 3, 2007, upon the following attorneys of record at the following addresses as indicated:

INTERDIGITAL'S RESPONSES TO PLAINTIFF HARTFORD'S APRIL 2007
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

**VIA ELECTRONIC MAIL**

James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899
yoderj@whiteandwilliams.com

Anthony L. Miscioscia
Gale White
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
misciosciaa@whiteandwilliams.com
whiteg@whiteandwilliams.com

2

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL:<br><br>Stephen J. Mathes<br>Arleigh P. Helfer III<br>Stacy B. Heenan<br>HOYLE, FICKLER, HERSCHEL &<br>   MATHES LLP<br>One South Broad Street - Suite 1500<br>Philadelphia, PA 19107<br>(215) 981-5710<br><br>Dated: July 3, 2007<br>805020 / 30373 | By: /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    Jennifer C. Wasson (#4933)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    jwasson@potteranderson.com<br><br>*Attorneys for Defendants*<br>*InterDigital Technology Corporation and*<br>*InterDigital Communication Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on July 3, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 3, 2007, I have Electronically Mailed the documents to the following person(s):

| | |
|---|---|
| James S. Yoder<br>White & Williams LLP<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>yoderj@whiteandwilliams.com | Anthony L. Miscioscia<br>Gale White<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>misciosciaa@whiteandwilliams.com<br>whiteg@whiteandwilliams.com |

By: */s/ Richard L. Horwitz*
　　Richard L. Horwitz
　　Jennifer C. Wasson
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, Delaware 19899-0951
　　(302) 984-6000
　　rhorwitz@potteranderson.com
　　jwasson@potteranderson.com

743996