IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-422-JJF |
| v. | ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants, hereby certifies that copies of the following document was caused to be served on July 6, 2007, upon the following attorneys of record at the following addresses as indicated:

RULE 26(a) INITIAL DISCLOSURES OF INTERDIGITAL COMMUNICATIONS CORPORATION AND INTERDIGITAL TECHNOLOGY CORPORATION

**VIA HAND DELIVERY**

James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899
yoderj@whiteandwilliams.com

**VIA ELECTRONIC MAIL**

Anthony L. Miscioscia
Gale White
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
miscioscia@whiteandwilliams.com
whiteg@whiteandwilliams.com

2

                                      POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   /s/ Richard L. Horwitz |
|---|---|
| | Richard L. Horwitz (#2246) |
| Stephen J. Mathes | Jennifer C. Wasson (#4933) |
| Arleigh P. Helfer III | Hercules Plaza, 6th Floor |
| Stacy B. Heenan | 1313 North Market Street |
| HOYLE, FICKLER, HERSCHEL & | Wilmington, DE 19801 |
|     MATHES LLP | (302) 984-6000 |
| One South Broad Street - Suite 1500 | rhorwitz@potteranderson.com |
| Philadelphia, PA  19107 | jwasson@potteranderson.com |
| (215) 981-5710 | |

*Attorneys for Defendants*
*InterDigital Technology Corporation and*
*InterDigital Communication Corporation*

Dated:  July 6, 2007
805729 / 30373

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on July 6, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 6, 2007, I have Electronically Mailed the document to the following person(s):

James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899
yoderj@whiteandwilliams.com

Anthony L. Miscioscia
Gale White
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103
misciosciaa@whiteandwilliams.com
whiteg@whiteandwilliams.com

By: /s/ *Richard L. Horwitz*
　　Richard L. Horwitz
　　Jennifer C. Wasson
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, Delaware 19899-0951
　　(302) 984-6000
　　rhorwitz@potteranderson.com
　　jwasson@potteranderson.com

743996