**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HARTFORD FIRE INSURANCE COMPANY, et al.** | : | JURY TRIAL DEMANDED |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 06-422-JJF |
| **INTERDIGITAL COMMUNICATIONS CORPORATION, et al.** | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 7th day of September, 2007, true and correct copies of **Hartford Fire Insurance Company's Second Set of Interrogatories and Second Requests for Production of Documents Directed to Interdigital,** were served upon the following via Hand Delivery:

| | |
|---|---|
| Arleigh P. Helfer, III, Esquire<br>Steven Mathes, Esquire<br>Hoyle, Fickler, Herschel & Mathes LLP<br>Suite 1500<br>One South Broad Street<br>Philadelphia, PA 19107-3418<br>*Counsel for InterDigital Communications Corporation and InterDigital Technology Corporation* | Richard L. Horwitz, Esquire<br>Jennifer C. Wasson, Esquire<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Counsel for InterDigital Communications Corporation and InterDigital Technology Corporation* |

**WHITE AND WILLIAMS LLP**

By:   /s/ James S. Yoder
**JAMES S. YODER (#2425)**
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4524
*Attorney for Plaintiff*
*Hartford Fire Insurance Company*