IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 06-422-JJF ) |
| v. | ) ) |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

AND NOW, on this ___ day of _____, 2007, upon consideration of the Cross-Motion of InterDigital Communications Corporation and InterDigital Technology Corporation for Protective Order Concerning Plaintiffs' Discovery Requests and all papers in support thereof and in opposition thereto, if any, it is hereby ORDERED that the motion is GRANTED. Discovery in this action is stayed until further order of the Court.

_____
United States District Judge