IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY | : : : : | JURY TRIAL DEMANDED |
| Plaintiffs, | : : : | |
| v. | : : | CIVIL ACTION NO. 06-422-JJF |
| INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION | : : : : : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

To:   Arleigh P. Helfer, III, Esquire          Richard L. Horwitz, Esquire
      Steven Mathes, Esquire                   Jennifer C. Wasson, Esquire
      Hoyle, Fickler, Herschel & Mathes LLP    Potter Anderson & Corroon LLP
      Suite 1500                               Hercules Plaza, 6th Floor
      One South Broad Street                   1313 North Market Street
      Philadelphia, PA 19107-3418              Wilmington, DE 19801
      *Counsel for InterDigital Communications*   *Counsel for InterDigital*
      *Corporation and InterDigital Technology*   *Communications Corporation and*
      *Corporation*                            *InterDigital Technology Corporation*

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), on

Thursday, October 18, 2007 at 9:00 a.m, at the law offices White and Williams LLP, 1800 One

Liberty Place, Philadelphia, PA 19103, Plaintiffs, Hartford Fire Insurance Company and

Hartford Casualty Insurance Company (collectively referred to herein as "Hartford"), will take

the deposition in the above-captioned action of Richard Brezski, before an officer authorized by

law to administer oaths, and such deposition will continue from day-to-day thereafter until completed. You are invited to attend and cross-examine the witness(es) if you so desire.

**WHITE AND WILLIAMS**

Attorneys for Plaintiffs, Hartford Fire Insurance Company and Hartford Casualty Insurance Company

By:    /s/ James S. Yoder
      James S. Yoder, Esquire
      White and Williams LLP
      824 N. Market Street - Suite 902
      Wilmington, DE  19899-0709
      (302) 654-0424

and

Gale White, Esquire
Anthony L. Miscioscia, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395
Tel. No. (215) 864-6234/6356

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, hereby certify that I have caused a true and correct copy of Hartford Fire Insurance Company and Hartford Casualty Insurance Company's notice of deposition directed to Richard Brezski to be served, via facsimile and First Class Mail, postage prepaid, upon the following:

Arleigh P. Helfer, III, Esquire
Steven Mathes, Esquire
Hoyle, Fickler, Herschel & Mathes LLP
Suite 1500
One South Broad Street
Philadelphia, PA  19107-3418
*Counsel for InterDigital*
*Communications Corporation and*
*InterDigital Technology Corporation*

Richard L. Horwitz, Esquire
Jennifer C. Wasson, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for InterDigital Communications*
*Corporation and InterDigital Technology*
*Corporation*

WHITE AND WILLIAMS LLP


_____/s/ James S. Yoder_____
James S. Yoder


Date: October 4, 2007

-3-