IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-422-JJF |
| v. | ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Counterclaim Defendants. | ) | |

**STIPULATED AGREEMENT TO MODIFY
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs and counterclaim defendants Hartford Fire Insurance Co. and Hartford Casualty Co. (collectively "Hartford") and defendants and counterclaim plaintiffs InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"), through their undersigned counsel, hereby agree and stipulate, subject to the approval of the Court, as follows:

WHEREAS, the Court granted InterDigital's Motion for Leave to File Motion for Partial Summary Judgment by Order dated November 29, 2007;

WHEREAS, InterDigital's brief in support of its Motion for Partial Summary Judgment was therefore deemed filed on November 29, 2007; and

WHEREAS, the parties wish to modify the briefing schedule set forth by Local Rule 7.1.2(b) with respect to InterDigital's Motion for Partial Summary Judgment.

THEREFORE, Hartford and InterDigital agree and stipulate, subject to the approval of the Court, that Hartford's Brief in Opposition to InterDigital's Motion for Partial Summary Judgment shall be due on Tuesday, January 8, 2008, and InterDigital's Reply Brief in Further Support of its Motion shall be due on Tuesday, January 22, 2008.

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James S. Yoder<br>James S. Yoder (#2643)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>(302) 654-0424<br>yoderj@whiteandwilliams.com | By: /s/ Jennifer C. Wasson<br>Richard L. Horwitz (#2246)<br>Jennifer C. Wasson (#4933)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>jwasson@potteranderson.com |
| OF COUNSEL:<br><br>Gale White<br>Anthony L. Miscioscia<br>WHITE AND WILLIAMS LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-7000<br><br>*Attorneys for Plaintiffs* | OF COUNSEL:<br><br>Stephen J. Mathes<br>Arleigh P. Helfer III<br>HOYLE, FICKLER, HERSCHEL &<br>   MATHES LLP<br>One South Broad Street - Suite 1500<br>Philadelphia, PA 19107<br>(215) 981-5710<br><br>*Attorneys for Defendants* |

It is SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge