IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-422-JJF |
| v. | ) ) ) | |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**MOTION OF INTERDIGITAL COMMUNICATIONS CORPORATION AND INTERDIGITAL TECHNOLOGY CORPORATION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY OF COUNTERCLAIM DEFENDANTS HARTFORD FIRE INSURANCE COMPANY AND HARTFORD <u>CASUALTY INSURANCE COMPANY</u>**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and the Court's August 2, 2007 Revised Scheduling Order, defendants and counterclaim plaintiffs InterDigital Communications Corporation and InterDigital Technology Corporation (collectively, "InterDigital") hereby move for partial summary judgment as to the issue of plaintiffs and counterclaim defendants Hartford Fire Insurance Company's and Hartford Casualty Insurance Company's liability for breach of their duty to defend InterDigital in *Nokia Corporation & Nokia, Inc. v. InterDigital Communications Corp. & InterDigital Technology Corp.*, United States District Court for the District of Delaware, C.A. No. 05-16-JJF, and any further relief the Court deems appropriate. The reasons in support of this motion are included in InterDigital's accompanying brief and Appendix (Exhibits A and B hereto).

                                                  Respectfully submitted,

                                                  POTTER ANDERSON & CORROON LLP

OF COUNSEL:                               By:  */s/ Richard L. Horwitz*
                                                         Richard L. Horwitz (#2246)
Stephen J. Mathes                       Jennifer C. Wasson (#4933)
Arleigh P. Helfer III                    Hercules Plaza, 6th Floor
Stacy B. Heenan                        1313 North Market Street
HOYLE, FICKLER, HERSCHEL &      Wilmington, DE 19801
    MATHES LLP                     (302) 984-6000
One South Broad Street - Suite 1500   rhorwitz@potteranderson.com
Philadelphia, PA 19107              jwasson@potteranderson.com
(215) 981-5710

                                                *Attorneys for Defendants*
Dated: September 24, 2007         *InterDigital Technology Corporation and*
820896 / 30373                               *InterDigital Communication Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) C.A. No. 06-422-JJF |
| v. | )<br>)<br>) |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

AND NOW, on this ___ day of _____, 200__, upon consideration of the Motion of InterDigital Communications Corporation and InterDigital Technology Corporation (collectively, "InterDigital") for Partial Summary Judgment as to Liability and all papers in support thereof and in opposition thereto, it is hereby ORDERED that the motion is GRANTED. Hartford Fire Insurance Company and Hartford Casualty Insurance Company (collectively, "Hartford") have breached their duty to defend InterDigital in *Nokia Corporation & Nokia, Inc. v. InterDigital Communications Corp. & InterDigital Technology Corp.*, United States District Court for the District of Delaware, C.A. No. 05-16-JJF.

The Clerk shall enter judgment against Hartford and in InterDigital's favor as to the issue of Hartford's liability only. These proceedings shall continue for the purpose of determining the issue of damages.

_____
United States District Judge

820896 / 30373