# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>Defendants. | CIVIL ACTION NO. 06-cv-422-UNA<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, on this _____ of _____, 2008, upon consideration of the Cross-Motion of Hartford Fire Insurance Company and Hartford Casualty Insurance Company for Summary Judgment and all papers in support thereof and in opposition thereto, it is hereby ORDERED that Hartford's Cross-Motion for Summary Judgment is GRANTED. It is hereby ORDERED and DECREED that Hartford has and had no duty to defend InterDigital Communications Corporation and/or InterDigital Technology Corporation (collectively, "InterDigital") in the underlying *Nokia Corporation, et al. v. InterDigital Communications Corp., et al.* litigation (the "*Nokia* action").

The Court shall enter judgment against InterDigital and in Hartford's favor, dismissing InterDigital's Counterclaim with prejudice. These Proceedings are now concluded.

BY THE COURT:

_____
J.

PHLDMS1 3844140v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL COMMUNICATIONS CORPORATION and INTERDIGITAL TECHNOLOGY CORPORATION<br><br>Defendants. | CIVIL ACTION NO. 06-cv-422-UNA<br><br>JURY TRIAL DEMANDED<br><br>PUBLIC VERSION |

**CROSS-MOTION OF HARTFORD FIRE INSURANCE COMPANY AND HARTFORD CASUALTY INSURANCE COMPANY FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and the Court's August 2, 2007 revised Scheduling Order, Hartford Fire Insurance Company and Hartford Casualty Insurance Company (collectively, "Hartford") hereby move for summary judgment seeking a declaration that Hartford has no duty to defend InterDigital Communications Corporation and/or InterDigital Technology Corporation (collectively "InterDigital") in the underlying *Nokia Corporation, et al. v. InterDigital Communications Corp., et al.* litigation (the "*Nokia* ation"), and any further relief the Court deems appropriate. The reasons in support of this Motion are detailed in Hartford's Brief and Appendix submitted both in support of this Cross-Motion and in opposition to InterDigital's Motion for Partial Summary Judgment Concerning Liability. Hartford incorporates herein its Brief and Appendix as if set forth fully herein.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

/s/ James S. Yoder
_____
James S. Yoder, Esquire
Delaware I.D. No.: 2643
White and Williams LLP
824 N. Market Street - Suite 902
Wilmington, DE 19899-0709
(302) 654-0424

    and

Gale White, Esquire
Anthony L. Miscioscia, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-6234/6356
Attorneys for Plaintiffs,
Hartford Fire Insurance Company and Hartford Casualty Insurance Company

Sealed Version
Dated: January 8, 2008

Public Version
Dated: January 11, 2008

-2-