IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION, et al., <br><br> Defendants. <br><br> INTERDIGITAL COMMUNICATIONS CORPORATION, et al., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY, et al., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C. A. No. 06-422-JJF |

**STIPULATED AGREEMENT TO MODIFY
SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs and counterclaim defendants Hartford Fire Insurance Co. and Hartford Casualty Co. (collectively "Hartford") and defendants and counterclaim plaintiffs InterDigital Communications Corp. and InterDigital Technology Corp. (collectively "InterDigital"), through their undersigned counsel, hereby agree and stipulate, subject to the approval of the Court, as follows:

WHEREAS, the Court entered an Order on December 10, 2007, approving the parties' agreed schedule concerning briefing on InterDigital's motion for partial summary judgment;

WHEREAS, Hartford filed its response brief on January 8, 2008, and filed a motion for leave to file a cross-motion for summary judgment at that time; and

WHEREAS, the parties wish to modify the briefing schedule concerning InterDigital's motion for partial summary judgment and also the briefing schedule set forth by Local Rule 7.1.2(b) with respect to Hartford's motion for leave to file a cross-motion for summary judgment.

THEREFORE, Hartford and InterDigital agree and stipulate, subject to approval of the Court, that InterDigital's Reply Brief in Further Support of its Motion for Partial Summary Judgment and InterDigital's response to Hartford's motion for leave to file a cross-motion on summary judgment shall be due on Tuesday, February 12, 2008, with Hartford's reply brief on its motion for leave to file a cross-motion on summary judgment to be filed on February 20, 2008.

| WHITE AND WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James S. Yoder<br>James S. Yoder (#2643)<br>824 N. Market Street, Suite 902<br>Wilmington, DE 19899<br>(302) 654-0424<br>yoderj@whiteandwilliams.com | By: /s/ Jennifer C. Wasson<br>Richard L. Horwitz (#2246)<br>Jennifer C. Wasson (#4933)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>jwasson@potteranderson.com |

OF COUNSEL:

Gale White
Anthony L. Miscioscia
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7000

*Attorneys for Plaintiffs*

OF COUNSEL:

Stephen J. Mathes
Arleigh P. Helfer III
HOYLE, FICKLER, HERSCHEL &
    MATHES LLP
One South Broad Street - Suite 1500
Philadelphia, PA  19107
(215) 981-5710

*Attorneys for Defendants*

It is SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

843292/30373

3