

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

March 19, 2008

**By Electronic Filing**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re: *Hartford Fire Insurance Company and Hartford Casualty Insurance Company v. InterDigital Communications Corporation and InterDigital Technology Corporation*
C. A. No. 06-422 JJF

Dear Judge Farnan:

    I am writing on behalf of the parties in the above-captioned litigation to inform the Court that the parties have reached a settlement in principle on all existing claims. The parties intend to reduce their agreement to writing in the coming days and to incorporate the agreed upon material terms into a written settlement agreement on or before April 14, 2008. In the interim the parties respectfully request that the Court not enter any decisions on InterDigital's pending motion for partial summary judgment or Hartford's pending cross motion for summary judgment.

    As always, counsel are available at the Court's convenience if Your Honor has any questions.

    Respectfully,

    */s/ Richard L. Horwitz*

    Richard L. Horwitz

RLH:jam
cc: Clerk of the Court (via hand delivery)
    Counsel of Record (via e-filing and electronic mail)