**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-422-JJF |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and in recognition of the

settlement agreement entered into by the parties hereto, the parties hereby stipulate that all

claims in this action are hereby dismissed with prejudice.

WHITE AND WILLIAMS LLP                    POTTER ANDERSON & CORROON LLP

By: _/s/ James S. Yoder_                  By: _/s/ Jennifer C. Wasson_
   James S. Yoder (#2643)                    Richard L. Horwitz (#2246)
   824 N. Market Street, Suite 902           Jennifer C. Wasson (#4933)
   Wilmington, DE 19899                      Hercules Plaza, 6th Floor
   (302) 654-0424                            1313 North Market Street
   yoderj@whiteandwilliams.com               Wilmington, DE 19801
                                 (302) 984-6000
*Attorneys for Plaintiffs*                rhorwitz@potteranderson.com
                                 jwasson@potteranderson.com

                                 *Attorneys for Defendants*

It is SO ORDERED this _____ day of _____, 2008.


                                 _____
                                   United States District Judge

860227 / 30373