IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-422-JJF |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| INTERDIGITAL COMMUNICATIONS CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and in recognition of the settlement agreement entered into by the parties hereto, the parties hereby stipulate that all claims in this action are hereby dismissed with prejudice.

WHITE AND WILLIAMS LLP                    POTTER ANDERSON & CORROON LLP

By: /s/ James S. Yoder                    By: /s/ Jennifer C. Wasson
James S. Yoder (#2643)                    Richard L. Horwitz (#2246)
824 N. Market Street, Suite 902           Jennifer C. Wasson (#4933)
Wilmington, DE 19899                      Hercules Plaza, 6th Floor
(302) 654-0424                            1313 North Market Street
yoderj@whiteandwilliams.com               Wilmington, DE 19801
                                          (302) 984-6000
*Attorneys for Plaintiffs*                rhorwitz@potteranderson.com
                                          jwasson@potteranderson.com

*Attorneys for Defendants*

It is SO ORDERED this 16 day of April, 2008.

_____
United States District Judge

860227 / 30373

PHLDMS1 4186345v.1